UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Stephanie Tisdell,<br>*individually and on behalf of all similarly situated individuals*,<br><br>      Plaintiff,<br><br>v.<br><br>Brutger Equities, Inc.,<br><br>      Defendant. | File No. 22-cv-3037 (ECT/LIB)<br><br>**ORDER OF DISMISSAL** |

Based on the Stipulation for Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) filed by Plaintiff Stephanie Tisdell and Defendant Brutger Equities, Inc., ECF No. 14, **IT IS ORDERED** that the action is **DISMISSED** with prejudice, with each party to bear its own costs and attorneys' fees except as otherwise agreed.

Dated: January 4, 2024

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court